AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL WAYNE LYON | ) | Case No.  3:20-mj-286 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  3/20/2020-4/20/2020  in the county of  Umatilla  in the
_____  District of  Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2261A (2)(B) | Cyberstalking |
| 18 USC 2251 (a) | Production of child pornography |

This criminal complaint is based on these facts:

The attached affidavit of FBI Special Agent, Matthew Jaggers which is incoporated herein

☐ Continued on the attached sheet.

*By phone*
Complainant's signature

Matthew Jaggers, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  11:56  a.m./p.m.

Date:  December 11, 2020

Judge's signature

City and state:  Portland, OR

John V. Acosta, U.S. Magistrate Judge
Printed name and title